UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

_____

BISSELL, INC., a Michigan Corporation

      Plaintiff,

v

CHUBB GROUP, INC., a Pennsylvania Corporation and FEDERAL INSURANCE COMPANY, an Indiana Corporation.

      Defendants.

CASE NO. 1:07CV0431

HON. WENDELL A. MILES

---

| | |
|---|---|
| Evan A. Burkholder (P67986)<br>Prerana R. Bacon (P69680)<br>WRIGHT, ROBINSON, OSTHIMER & TATUM<br>Attorneys for Plaintiff Bissell, Inc.<br>400 Renaissance Center, Suite 950<br>Detroit, MI  48243<br>(313) 259-6200 | John R. Oostema (P26891)<br>Cindy C. Boer (P65131)<br>SMITH HAUGHEY RICE & ROEGGE<br>Attorneys for Defendants<br>250 Monroe Avenue, N.W.<br>200 Calder Plaza Building<br>Grand Rapids, MI 49503-2251<br>(616) 774-8000 |
| William J. Brennan (P41085)<br>BISSELL, Inc.<br>Attorney for Plaintiff<br>2345 Walker Ave., N.W.<br>P. O. Box 1888<br>Grand Rapids, Michigan  49501<br>(616) 791-0681 | |

---

### ORDER GRANTING SECOND EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT

      The parties having entered into a Stipulation regarding Second Extension of Time for Defendants' Response to Plaintiff's Complaint, and the Court being fully informed,

      Now, therefore, IT IS ORDERED AND DECREED:

In light of the fact that plaintiff intends to amend its Complaint as a matter of right pursuant to Fed. R. Civ. Proc. 15(a) on or before July 10, 2007, and in lieu of requiring defendants to submit their response to plaintiff's Complaint in this matter by June 26, 2007 as provided in the Court's Order of June 7, 2007, defendants shall have fourteen (14) days from the filing of the Amended Complaint, or until July 24, 2007 (whichever is later), to file their response.

DATED: June  28 , 2007

/s/ Wendell A. Miles
_____
U. S. District Court Judge