UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_____

BISSELL, INC., a Michigan Corporation

    Plaintiff,

v

CHUBB GROUP, INC., a Pennsylvania Corporation and FEDERAL INSURANCE COMPANY, an Indiana Corporation.

    Defendants.

CASE NO. 1:07CV0431

HON. WENDELL A. MILES

---

| | |
|---|---|
| Evan A. Burkholder (P67986) <br> Prerana R. Bacon (P69680) <br> WRIGHT, ROBINSON, OSTHIMER & TATUM <br> Attorneys for Plaintiff Bissell, Inc. <br> 400 Renaissance Center, Suite 950 <br> Detroit, MI  48243 <br> (313) 259-6200 | John R. Oostema (P26891) <br> Cindy C. Boer (P65131) <br> SMITH HAUGHEY RICE & ROEGGE <br> Attorneys for Defendants <br> 250 Monroe Avenue, N.W. <br> 200 Calder Plaza Building <br> Grand Rapids, MI 49503-2251 <br> (616) 774-8000 |
| William J. Brennan (P41085) <br> BISSELL, Inc. <br> Attorney for Plaintiff <br> 2345 Walker Ave., N.W. <br> P. O. Box 1888 <br> Grand Rapids, Michigan  49501 <br> (616) 791-0681 | |

---

## ORDER DISMISSING DEFENDANT CHUBB GROUP, INC. WITHOUT PREJUDICE

The parties having entered into a Stipulation With Regard to Chubb Group, Inc., and the Court being fully informed,

Now, therefore, IT IS HEREBY ORDERED that the claims against defendant Chubb Group, Inc. are dismissed without prejudice.

DATED: July __24__, 2007

/s/ Wendell A. Miles
_____
U. S. District Court Judge